UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN ROBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TASHEENA COOKE,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00155-MMD-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On November 27, 2024, the Court screened Plaintiff's civil rights complaint under 28 U.S.C. § 1915A. (ECF No. 13). The Court dismissed the complaint in its entirety and gave Plaintiff leave to file an amended complaint within 30 days. (*Id.* at 6). The Court also explained that any amended complaint must be complete in itself and "must contain all claims, defendants, and factual allegations that Robins wishes to pursue in this lawsuit." (*Id.*) The Court also told Plaintiff that he "should file the amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint." (*Id.*).

Plaintiff disregarded the Court's instructions and instead mailed the Court a brief letter stating that it was his "Amend" or "Add" and including two pages of exhibits. (ECF No. 14). This is not an amended complaint, and the Court does not accept this document as an amended complaint. In light of Plaintiff's *pro se* status, the Court will give him one more opportunity to file an amended complaint on or before **February 10, 2025**.

The Court notes that the screening order did not direct Plaintiff to file any exhibits or add to his complaint. Plaintiff should not file any more exhibits or attempt to add to the already filed complaint. Rather, the screening order directed Plaintiff to file a single, complete, first amendment complaint. Plaintiff should carefully review the Court's previous screening order, which explains why his previous complaint was dismissed and what he needs to allege to state a colorable claim in any amended complaint.

## II. CONCLUSION

It is therefore ordered that the Court extends the deadline for Plaintiff to file a first amended complaint **until February 10, 2025**.

It is further ordered that, pursuant to the Court's previous screening order, if Plaintiff fails to file a first amended complaint by this extended deadline, this action will be subject to dismissal.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same. If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED THIS 13th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE